# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:23-CR-00014-SDJ-AGD** |
| | § | |
| **JEFARI JERWAN RUCKER (22)** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 1065 (sealed).

### PROCEDURAL HISTORY

On June 12, 2025, United States District Judge Sean D. Jordan sentenced defendant Jefari Jerwan Rucker to 16 months of imprisonment with three years of supervised release to follow. Dkt. 985 at 2–3. Rucker's term of supervised release commenced on July 3, 2025. Dkt. 1065 at 1.

In April 2026, a probation officer petitioned the court for a warrant, alleging that Rucker had violated five conditions of his supervised release. *Id.* at 1–2. Specifically, the petition alleged that Rucker had violated conditions that required him to: (1) not commit another federal, state, or local crime; (2) live at a place approved by his probation officer; (3) follow the instructions of his probation officer; (4) report to the probation officer as instructed; and (5) participate in a program of testing and treatment for substance abuse. *Id.*

A final revocation hearing was held before me on May 19, 2026. Rucker pleaded true to all five of the petition's allegations. Minute Entry for May 19, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 1079. The government requested a sentence of three months and 48 days of imprisonment followed by two years of supervised release, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Rucker's supervised release be revoked based on the allegations in the petition for revocation of his supervised release, Dkt. 1065; (2) Rucker be committed to the custody of the Bureau of Prisons to be imprisoned for a term of three months and 48 days, to run consecutively to any other term of imprisonment, with two years of supervised release to follow, all prior conditions imposed; (3) Rucker be additionally required to (a) participate in any combination of psychiatric, psychological, or mental-health treatment programs and (b) reside in a residential reentry center or similar facility for a period of 180 days to commence upon release from confinement; and (4) Rucker be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

So **ORDERED** and **SIGNED** this 22nd day of May, 2026.

_____
Bill Davis
United States Magistrate Judge