THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA           §
                                   §
v.                                 §     CRIMINAL NO. 4:23-CR-14-SDJ-AGD
                                   §
JEFARI JERWAN RUCKER (22)          §

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 22, 2026, the Magistrate Judge entered proposed findings of fact and recommendations, (Dkt. #1080), that Defendant's sentence be three months and forty-eight days of imprisonment followed by two years of supervised release.

Having received the Report of the United States Magistrate Judge, (Dkt. #1080), and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge, (Dkt. #1079), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to three months and forty-eight days of imprisonment with two years of supervised release to follow, all prior conditions imposed. Rucker is additionally required to (a) participate in any combination of psychiatric, psychological, or mental-health treatment programs and (b) reside in a residential reentry center or similar facility for a period of 180

1

days, to commence upon release from confinement.  The Court recommends Rucker

be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 3rd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE